# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bobby Swindell                                    Docket No. 5:06-CR-38-1FL

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Bobby Swindell, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 18, 2007, to the custody of the Bureau of Prisons for a term of 92 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Bobby Swindell was released from custody on February 25, 2014, at which time the term of supervised release commenced.

On November 10, 2014, the court approved a Petition for Action on Supervised Release ordering the defendant to participate in a Cognitive Behavior Program as the result of a positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 22, 2015, Swindell submitted to urinalysis that resulted positive for cocaine. On October 28, 2015, the undersigned probation officer confronted the defendant regarding the violation. Swindell signed an admission form indicating he last used cocaine on or about October 20, 2015. The defendant apologized for his conduct and had difficulties explaining his actions.

Swindell has continued to make progress during the term of supervision. He has maintained gainful employment, attended sex offender treatment as instructed, and has not received any new charges. However, it is obvious the defendant continues a lifelong struggle to avoid substance abuse addiction. As a result of the positive drug test, the frequency of sex offender treatment appointments has increased, and the defendant has been referred for additional substance abuse counseling at PORT Human Services in New Bern, North Carolina. PORT will also evaluate the need for mental health services.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include a 60 day term of home confinement, with location monitoring. In consideration of the defendant's financial status, it is recommended the government pay for the monitoring service. It is also recommended the defendant abstain from the use of alcohol.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Bobby Swindell
Docket No. 5:06-CR-38-1FL
Petition For Action
Page 2

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The government shall pay for the monitoring services.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: November 16, 2015

**ORDER OF THE COURT**

Considered and ordered this __16th__ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge