# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 5:06-CR-38-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER MODIFYING CONDITIONS** |
| | ) | |
| **Bobby Swindell** | ) | |
| | ) | |

On April 18, 2007, Bobby Swindell appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 92 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Bobby Swindell was released from custody and the term of supervised release commenced on February 25, 2014. On January 24, 2017, the term of supervised release was revoked, and the defendant was ordered to serve a term of imprisonment for a period of 29 days (time served). Additionally, a two-year term of supervised release was re-imposed.

From evidence presented at the Status Review Hearing on May 11, 2017, the court finds Bobby Swindell has violated the terms of supervision by failing to refrain from the use of alcohol.

It now appears that the ends of justice would best be served by continuing supervision with the following modification:

1. While under supervision in the Eastern District of NC, the defendant, in response to detected alcohol use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

This the 11th day of May, 2017.

_____
Louise W. Flanagan
U.S. District Judge